**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **JW Trucking, LLC** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 80-0811774 | |
| 4. | **Debtor's address** | **Principal place of business**  **1010 S. Meadow Ave**  **Midland, TX 79761**  Number, Street, City, State & ZIP Code  **Ector**  County | **Mailing address, if different from principal place of business**  **P.O. Box 13783**  **Midland, TX 79768**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **JW Trucking, LLC**
_____ Case number (*if known*)_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　page 2

Debtor **JW Trucking, LLC**
Name

Case number (*if known*)

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **JW Trucking, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 20, 2020**
MM / DD / YYYY

**X /s/ Jeffrey Waugh, Jr.**
Signature of authorized representative of debtor

**Jeffrey Waugh, Jr.**
Printed name

Title **Member**

**18. Signature of attorney**

**X /s/ Max R. Tarbox**
Signature of attorney for debtor

Date **August 20, 2020**
MM / DD / YYYY

**Max R. Tarbox 19639950**
Printed name

**Tarbox Law, P.C.**
Firm name

**2301 Broadway**
**Lubbock, TX 79401**
Number, Street, City, State & ZIP Code

Contact phone **(806) 686-4448**   Email address **jessica@tarboxlaw.com**

**19639950 TX**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Fill in this information to identify the case:

Debtor name: **JW Trucking, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advantage Business Capital, Inc.**<br>4605 Post Oak Place Drive<br>Suite 105<br>Houston, TX 77027 | 832-485-2385 | 90 days or less: See Attached List | | $332,075.83 | $67,077.66 | $264,998.17 |
| **Ally Financial**<br>P.O. Box 380902<br>Bloomington, MN 55438-0902 | 877-247-2559 | | | | | $42,369.29 |
| **Barnard & Fifth Capital Group, LLC**<br>1573 Broadway<br>Hewlett, NY 11557 | 516-274-0333 | Furtures Receivables Purchase | | | | $337,500.00 |
| **Blue Duck SWD, LLC**<br>10455 North Central Expressway<br>Suite 109<br>Dallas, TX 75231 | 432-664-8525 | | | | | $72,160.50 |
| **Buchanan Disposal**<br>P.O. Box 10460<br>Midland, TX 79702 | Jason B. Hamm (Attorney)<br><br>jason@permianlaw.com<br>432-375-6060 | | | | | $158,808.00 |
| **Fore Safety**<br>P.O. Box 12661<br>Odessa, TX 79768 | | | | | | $68,298.95 |
| **Fox Capital Group, Inc.**<br>140 Broadway, 46th Floor<br>New York, NY 10005 | | Futures Receivables Purchase | | | | $337,500.00 |
| **GM Financial**<br>P.O. Box 183593<br>Arlington, TX 76096-3834 | 1-800-501-5563 | | | | | $75,856.64 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Debtor **JW Trucking, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Overflow Energy LLC**<br>P.O. Box 354<br>Booker, TX 79005 | 806-658-7832 | | | | | $35,837.00 |
| **Pecos County State Bank**<br>500 N. Main Street<br>Fort Stockton, TX 79735 | 432-336-3331 | PPP Loan | | | | $312,500.00 |
| **Pecos County State Bank**<br>500 N. Main Street<br>Fort Stockton, TX 79735 | 432-336-3331 | SBA Loan | | | | $300,000.00 |
| **Production Waste Solutions**<br>P.O. Box 627<br>Andrews, TX 79714 | Jeffrey Thomason (Attorney)<br><br>thomason@toddlawfirm.com<br>432-363-2103 | | | | | $31,154.00 |
| **Pyote Water Systems**<br>400 W. Illinois Ave. Ste. 1120<br>Midland, TX 79701 | Kyle Keller (Attorney)<br><br>kyle.keller@morganleetonpc.com<br>432-683-5501 | | | | | $48,492.60 |
| **RBJ & Associates, LP**<br>8501 N FM 1788<br>Midland, TX 79707 | 432-563-8088 | | | | | $157,754.00 |
| **Tall City Brine**<br>203 West Wall St. Ste. 700<br>Midland, TX 79701 | 432-701-1654 | | | | | $39,533.33 |
| **Taurus Blue Duck LLC**<br>715 N. Glenville Dr. Ste. 430<br>Richardson, TX 75081 | | | | | | $26,241.20 |
| **Texas Mutual Insurance Company**<br>PO Box 841843<br>Dallas, TX 75284-1843 | 800-859-5995 | Insurance | | | | $74,060.70 |
| **Trinity Environmental Services, LLC**<br>6300 Bridgepoint Parkway<br>Building 2, Ste. 210<br>Austin, TX 78730 | 432-561-9960 | | | | | $201,927.35 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **JW Trucking, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration**<br>**10737 Gateway West, #300**<br>**El Paso, TX 79935** | | **Disaster Loan** | | | | $150,000.00 |
| **Wichita Water LLC**<br>**P.O. Box 10854**<br>**Midland, TX 79702** | **806-894-1457** | | | | | $92,144.40 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

# United States Bankruptcy Court
**Western District of Texas**

In re    **JW Trucking, LLC**               Case No.
                                Debtor(s)       Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 20, 2020**             **/s/ Jeffrey Waugh, Jr.**
                                           **Jeffrey Waugh, Jr./Member**
                                           Signer/Title

Advantage Business Capital, Inc.
4605 Post Oak Place Drive
Suite 105
Houston, TX 77027

AIP Products
P.O. Box 14088
Odessa, TX 79768

Ally Financial
P.O. Box 380902
Bloomington, MN 55438-0902

American Water Sales
P.O. Box 116
Tarzan, TX 79783

Angeles Ranch
P.O. Box 133
Orla, TX 79770

Barnard & Fifth Capital Group, LLC
1573 Broadway
Hewlett, NY 11557

Blackbuck N Deep LLC
2601 Westheimer Rd.
Suite C210
Houston, TX 77098

Blue Duck SWD, LLC
10455 North Central Expressway
Suite 109
Dallas, TX 75231

Buchanan Disposal
P.O. Box 10460
Midland, TX 79702

C & H Water Company
1108 W. CR 130
Midland, TX 79706

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

CH2O
P.O.Box 139
Lubbock, TX 79424

Challenger Partners SWD
P.O. Box 64442
Lubbock, TX 79464

Champion Truck & Trailer
P.O. Box 12240
Odessa, TX 79768

Cintas Uniforms
2029 s. Loop 250 West
Midland, TX 79703

Environmental Disposal Systems
110 N. Marienfeld
Suite 200
Midland, TX 79701

Fore Safety
P.O. Box 12661
Odessa, TX 79768

Fox Capital Group, Inc.
140 Broadway, 46th Floor
New York, NY 10005

Frio Water Holdings LLC
6413 N. Hwy 349, Bldg F
Midland, TX 79705

GM Financial
P.O. Box 183593
Arlington, TX 76096-3834

Haley Brine Company
P.O. Box 779
Kermit, TX 79745

```
Jal Country Club
P.O. Box 1283
Jal, NM 88252


Kelly, Morgan, Dennis, Corzine
P.O. Box 1311
Odessa, TX 79760


Layne Water Midstream, LLC
1790 Hughes Landing Blvd.
Ste. 425
The Woodlands, TX 77380


Longhorn Fresh Water Station
14881 N. State Hwy 137
Big Lake, TX 76932


Martin County Environmental LLC
2014 County Road C2831
Stanton, TX 79782


Mustang SWD Operating LLC
5910 N. Central Expressway
Ste. 270
Dallas, TX 75206


O'Rourke Dist. Co., LLC
P.O. Box 301150
Dallas, TX 75303-1150


Overflow Energy LLC
P.O. Box 354
Booker, TX 79005


OWL SWD Operating LLC
8201 Preston Rd.
Ste. 520
Dallas, TX 75225


P4 Caliche and Water Sales
P.O. Box 53087
Mentone, TX 79754
```

PA Prospect
P.O. Box 577
Laurel, MT 59044


Pecos County State Bank
500 N. Main Street
Fort Stockton, TX 79735


Pecos Water Station
P.O. Box 607
Pecos, TX 79772


Permian Basin H2O
P.O. Box 10854
Midland, TX 79702


Pit Dog LLC
2432 E. FM 1212
Stanton, TX 79782


Platform Operating LLC
P.O. Box 10686
Midland, TX 79702


Production Waste Solutions
P.O. Box 627
Andrews, TX 79714


Pyote Disposal
P.O. Box 418
Pyote, TX 79777


Pyote Water Systems
400 W. Illinois Ave.
Ste. 1120
Midland, TX 79701


Ranger 40 Water Solutions
244 FM 306
Ste. 120
New Braunfels, TX 78130


RBJ & Associates, LP
8501 N FM 1788
Midland, TX 79707

```
RDS Ranch Water Service
700 N. Grant Ave.
Ste. 702
Odessa, TX 79761


Ridge Petroleum Inc.
3650 Old Bullard Rd
Ste. 430
Tyler, TX 75701


Ruger Properties LLC
P.O. Box 9685
Midland, TX 79707


Security Bank
600 N Marienfeld #200
Midland, TX 79701


Still Water LLC
1501 E FM 1379
Midland, TX 79706


Tall City Brine
203 West Wall St.
Ste. 700
Midland, TX 79701


Tarzan Water Services, LLC
P.O. Box 81026
Midland, TX 79708


Taurus Blue Duck LLC
715 N. Glenville Dr.
Ste. 430
Richardson, TX 75081


TD Auto Finance
P.O. Box 9223
Farmington Hills, MI 48333-9223


Texas Mutual Insurance Company
PO Box 841843
Dallas, TX 75284-1843
```

Three Amigos Investment Group
P.O. Box 732
Kermit, TX 79768


Triangle H Partnership
P.O. Box 3068
Big Spring, TX 79720


Trinity Environmental Services, LLC
6300 Bridgepoint Parkway
Building 2, Ste. 210
Austin, TX 78730


Triple A
P.O. Box 54
Midland, TX 79702


U.S. Chaparral Water Systems, Inc
P.O. Box 80249
Midland, TX 79708


U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


Velocity Water Solutions, LP
310 S. Twin Oaks Valley Rd.
Ste. 107-473
San Marcos, CA 92078


Waste Management
7780 E. 96th Ave.
Henderson, CO 80640


WGR Properties, LLC
3100 N. A St.
Bldg A
Midland, TX 79705


Wichita Water LLC
P.O. Box 10854
Midland, TX 79702

# United States Bankruptcy Court
## Western District of Texas

In re **JW Trucking, LLC**  Case No.
Debtor(s)  Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **JW Trucking, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 20, 2020**       /s/ Max R. Tarbox
Date                **Max R. Tarbox 19639950**
           Signature of Attorney or Litigant
           Counsel for **JW Trucking, LLC**
           **Tarbox Law, P.C.**
           **2301 Broadway**
           **Lubbock, TX 79401**
           **(806) 686-4448 Fax:(806) 368-9785**
           **jessica@tarboxlaw.com**