

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 21, 2020.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JW TRUCKING, LLC | § | CASE NO. 20-70100-TMD |
| Debtor. | § | (Chapter 11, Sub V) |

### ORDER SETTING STATUS CONFERENCE

On August 20, 2020, the above referenced Debtor filed a petition for relief under Chapter 11 and elected to be treated under Subchapter V as a small business debtor. The Court finds that, pursuant to 11 U.S.C. § 1188, the following Order should be entered.

**IT IS HEREBY ORDERED, AND NOTICE IS HEREBY GIVEN THAT:**

1. A virtual status conference will be held in this case on October 14, 2020, at 2:45 p.m. (CT) through the Webex virtual courtroom. To access the virtual courtroom, click on this link: https://ao-courts.webex.com/meet/davis. Prior to the hearing, review the Webex instructions on the Court's website at: https://www.txwb.uscourts.gov/node/180.

2. The Debtor shall file with the Court and serve upon the Trustee and all parties in interest, a Report that details the efforts the Debtor has taken and will undertake to attain a consensual plan of reorganization, not later than 14 days before the date of the status conference as required by 11 U.S.C. § 1188(c).

3. The Clerk of the Court shall cause a copy of this Order to be served upon the Debtor, the Trustee, and all creditors and parties in interest set forth on the mailing matrix in this case.

# # #